ACCEPTED
12-14-00288-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/8/2015 2:27:06 PM
CATHY LUSK
CLERK

No. 12-14-00288-CV

In the Twelfth Court of Appeals
Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/8/2015 2:27:06 PM
CATHY S. LUSK
Clerk

**J. MARK SWINNEA**
*Appellant*

**v.**

**ERI CONSULTING ENGINEERS, INC.
AND LARRY SNODGRASS**
*Appellees*

---

*Appealed from the 114th Judicial District Court*
*Smith County, Texas*

---

## UNOPPOSED THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

---

Greg Smith
Texas Bar No. 18600600
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  903-597-3301
Facsimile:    903-597-2413
gsmith@rameyflock.com

**ATTORNEY FOR APPELLANT**

**TO THE HONORABLE COURT OF APPEALS:**

Appellant, J. Mark Swinnea, asks the Court to extend the time for filing his appellant's brief by 32 days to and including Monday, May 11, 2015.

**1.**
**Information Required by Rule 10.5,**
**Tex. R. App. P.**

The following information supports this request.

(i)     Appellant's brief is currently due to be filed April 9, 2015.

(ii)    Appellant requests that the deadline for filing his brief be extended by 32 days to and including Monday, May 11, 2015.

(iii)   This is Appellant's third request to extend the briefing deadline.

**2.**
**Facts Explaining the Need to**
**Extend the Briefing Deadline**

Counsel is unable to complete the appellant's brief and secure the necessary client review and approval by the current deadline. Besides work on this brief, Greg Smith, lead counsel on appeal, has been and will be required to divide his available briefing time among the following matters:

(i)     No. 13-0986, *Southwestern Energy Production Company vs. Toby Berry-Helfand and Gery Muncey*, In the Supreme Court of Texas (*reply brief on merits*); and

(ii)    No. 12-14-00323-CV, *David Tubb and Superior Shooting System, Inc. v. Aspect International, Inc. and James Sterling*, In the Twelfth Court of Appeals, Tyler, Texas *(appellant's brief)*.

**3.**

This motion is not sought solely for delay, but in the interest of justice and to ensure that Appellant's brief sufficiently aids the Court's decisional process.

**4.**
**Conference with Opposing Counsel**

Deborah Race, appellate counsel for Appellees, states that the relief requested in this motion is unopposed.

**5.**
**Conclusion and Prayer**

Appellant, J. Mark Swinnea, prays that the Court would extend the time for filing his appellant's brief by 32 days to and including Monday, May 11, 2015.

Respectfully submitted,

  /s/ Greg Smith
Greg Smith
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-3301
Facsimile:   (903) 597-2413
gsmith@rameyflock.com
**COUNSEL FOR APPELLANT,**
**J. MARK SWINNEA**

3

## Certificate of Service

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellees in accordance with the applicable Texas Rules of Civil Procedure on this the 8th day of April, 2015, on the following:

**Via email drace@icklaw.com**
Deborah Race
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, TX  75703

**Via email mahatchell@lockelord.com**
Mike A. Hatchell
Locke Lord, LLP
100 Congress Avenue, Suite 300
Austin, TX  78701

**Via email randerson@gillenanderson.com**
Roger W. Anderson
Gillen & Anderson
613 Shelley Park Plaza
Tyler, TX  75701

   /s/ Greg Smith
Greg Smith